# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fowlkes, John T. | U.S. District Court | 12/16/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | [✓] Nomination, Date 12/16/2011 <br> [ ] Initial   [ ] Annual   [ ] Final <br> 5b. [ ] Amended Report | 1/01/2010 <br> to <br> 12/16/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Criminal Justice Complex <br> 201 Poplar Avenue, Suite 519 <br> Memphis, Tennessee 38103 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | Tennessee Judicial Conference |
| 2. | Commissioner | Shelby County Public Records Committee |
| 3. | Board of Directors | Ecomonic Club of Memphis |
| 4. | Board of Directors | Memphis in May International Festival, Inc. |
| 5. | Board of Directors | Memphis Ten Point Coalition, Inc. |
| 6. | Board of Directors | Memphis Area Legal Services, Inc. |
| 7. | Board of Directors | Memphis Business Academy |
| 8. | Board of Directors | National Bar Association, Ben F. Jones Chapter |
| 9. | Board of Directors | Memphis Shelby Crime Commission |
| 10. | Board of Directors | Lifeblood, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

2.

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | State of Tennessee, Salary | $147,000.00 |
| 2. | 2010 | State of Tennessee, Salary | $145,008.00 |
| 3. | 2009 | State of Tennessee, Salary | $144,159.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Memphis Shelby Crime Commission, Salary |
| 2. | 2010 | Memphis Shelby Crime Commission, Salary |
| 3. | 2010 | Save The Children Federation, Salary |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citi Bank | Credit Card | J |
| 2. Shelby County Credit Union | Credit Line | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alliance Berstein Global Thematic Growth | | None | J | T | Exempt | | | | |
| 2. DFA International Value Portfolio | | None | J | T | Exempt | | | | |
| 3. Fidelity Contrafund | | None | J | T | Exempt | | | | |
| 4. Fidelity International Discovery Fund | | None | J | T | Exempt | | | | |
| 5. Fidelity OTC Portfolio | | None | J | T | Exempt | | | | |
| 6. Fidelity Spartan 500 Index Fund | | None | J | T | Exempt | | | | |
| 7. Fidelity Stock Selector Cap | | None | J | T | Exempt | | | | |
| 8. Vanguard Institutional Index Fund | | None | J | T | Exempt | | | | |
| 9. Vanguard Total Bond Fund | | None | J | T | Exempt | | | | |
| 10. America Funds Investment Company of America | A | Interest | K | T | Exempt | | | | |
| 11. YWCA 401 (A) Retirement Fund Cash Equivalent Account | C | Interest | L | T | Exempt | | | | |
| 12. FDIC Insured Deposit CRBS Citizens IRA Cash Equivalent Acct. | | None | K | T | Exempt | | | | |
| 13. Shelby County Retirement-Fixed Account | A | Dividend | | | Exempt | | | | |
| 14. Principal Financial Group | A | Dividend | | | Exempt | | | | |
| 15. Shelby County Credit Union Accounts | A | Interest | J | T | Exempt | | | | |
| 16. Regions Bank Account | | None | J | T | Exempt | | | | |
| 17. Suntrust Bank Account | | None | J | T | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =More than $50,000,000    P3 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000

3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 8

Name of Person Reporting

Fowlkes, John T.

Date of Report

12/16/2011

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federal Building Credit Union Accounts | | None | J | T | Exempt | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes:           J =$15,000 or less     K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)   S =Assessment     T =Cash Market
  (See Column C2)         U =Book Value   V =Other   W =Estimated

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 11 | 500 | Notes payable to banks-secured (autos) | | 18 | 000 |
| U.S. Government securities | | | Notes payable to banks-unsecured | | 13 | 000 |
| Listed securities – see schedule | 47 | 575 | Notes payable to relatives | | | |
| Unlisted securities | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | 4 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable – personal residence | | 290 | 000 |
| Real estate owned – personal residence | 270 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 55 | 000 | | | | |
| Cash value-life insurance | | | | | | |
| Other assets itemize: | | | | | | |
| Thrift Savings Plan | 319 | 932 | | | | |
| Retirement Accounts (cash) | 120 | 933 | | | | |
| | | | Total liabilities | | 325 | 000 |
| | | | Net Worth | | 499 | 940 |
| Total Assets | 824 | 940 | Total liabilities and net worth | | 824 | 940 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |